Official Form 1 (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Karstendiek, Steven L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**2684** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1712 Edgewood Court**<br>**Algonquin, IL**<br>ZIP CODE **60102** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| [ ] $0 to $10,000 | [ ] $10,000 to $100,000 | [ ] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,000 to $100,000 | [x] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Steven L. Karstendiek** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:     NONE | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ❑ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X  **Not Applicable** <br> Signature of Attorney for Debtor(s)     Date <br> **Bruce L. Wald**     **02919095** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❑ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Steven L. Karstendiek** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X    /s/Steven L. Karstendiek<br>     Signature of Debtor    **Steven L. Karstendiek**<br><br>X  **Not Applicable**<br>     Signature of Joint Debtor<br><br>     Telephone Number (If not represented by attorney)<br><br>     Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X  **Not Applicable**<br>     (Signature of Foreign Representative)<br><br>     (Printed Name of Foreign Representative)<br><br>     Date |
| **Signature of Attorney**<br>X   *[signature]*<br>     Signature of Attorney for Debtor(s)<br><br>**Bruce L. Wald, 02919095**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Tishler & Wald, Ltd.**<br>Firm Name<br><br>**200 S. Wacker Drive Suite 3000**<br>Address<br><br>**Chicago, IL 60606**<br><br>**312-876-3800**            **312-876-3816**<br>Telephone Number<br><br>10/10/07      bwld@tishlerandwald.com<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)<br><br>Address<br><br>X  **Not Applicable**<br><br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **Not Applicable**<br>     Signature of Authorized Individual<br><br>     Printed Name of Authorized Individual<br><br>     Title of Authorized Individual<br><br>     Date | |

Advanta Bank
c/o  Federated Financial
P.O. Box 2034
Farmington Hills, MI   48333-2034


Advanta Bank
P.O. Box 8088
Philadelphia, PA   19101-8088


Alexanian Bros Medical Center
Malcom S. Gerald & Associates
332 S. Michigan, Suite 600
Chicago, IL   60604


American Family Insurance
c/o Credit Collection Services
Two Wells Ave., Dept. AmFam
Newton, MA   02459


American Marketing & Publishing
P.O. Box 801
DeKalb, IL   60115


American Marketing & Publishing
c/o Transworld Systems, Inc.
25 NW Point Blvd., Suite 750
Elk Grove, Village, IL   60007


Americollect, Inc.
(Nicolet Natural Artesian Water)
P.O. Box 1566
Manitowoc, WI   54221-1566


AT&T
P.O. Box 8100
Aurora, IL   60507


Car Smart Automotive, Inc.
1077 E. Main Street
East Dundee, IL   60118

Citibank South Dakota NA
P.O. Box 688907
Des Moines, Iowa   50368-8907


Citicorp Credit Card Services, Inc.
P.O. Box 140516
Toledo, OH   43614-0516


Comdata
P.O. Box 100647
Atlanta, GA   30384-0647


Dan Brenner
Accounting & Tax Services
1840 Shorewood Drive
Hoffman Estates, IL   60195


Direct Energy
101 Barnes Road
Liberty Plaza
Walingford, CT   06492-4902


Exxon Mobil Fleet
P.O. Box 530988
Atlanta, GA   30353-0988


First American Bank
P.O. Box 0794
Elk Grove Village, IL   60009-0794


GE Consumer Finance
c/o Divine and Service, Ltd.
231 E. Main St., Suite 240
Round Rock , TX   78664


Harris Bank Barrington NA
3800 Golf Road, Suite 300
Rolling Meadows, IL   60008

Heritage Bank of Schaumburg
c/o Baker Miller Markoff & Krasny
29 N. Wacker Drive
Chicago, IL 60606


Illinois I Pass
2700 Ogden Avenue
Downers Grove, IL 60515


Minolta Business Center
P.O. Box 550599
Jacksonville, FL 32255-0599


Nicolet Natural Artesian Water
P.O. Box 085390
Racine, WI 53408-5390


Nicor Gas
P.O. Box 15618
Department 58
Wilmington, DE 19850


North Shore Agency, Inc.
c/o FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Patrick & Jennifer Whitman
2060 Aspen Drive
Algonquin, IL 60102-4287


Paychex
4300 Weaver Parkway, Suite 100
Warrenville, IL


Phanton Manufacturing Int'l
c/o Kozacky & Weitzel
55 W. Monroe St., Suite 4250
Chicago, IL 60603

Phanton Manufacturing Int'l Ltd.
30451 Simpson Road
Abbotsford, B.C. V2T6C7


Rental Systems, LLC
1141 E. Main Stret, Suite 100
East Dundee, IL  60118


RH Donnelly
c/o Thomas D. Cahse
574 N. McLean Blvd< Suite 2B
Elgin, IL  60123-3288


RMS
c/o Yellow Transportation
4836 Brecksville Road
P.O. Box 491
Richfield, OH  44286


SBC
c/o NCO Financial Systems, Inc.
Two Wells Ave., Dept. AmFam
Newton, MA  02459


Schock's Towing Service, Inc.
P.O. Box 995
Dundee, IL  60118


Torres Credit Services, Inc.
27 Fairview Street
P.O. Box 189
Carlisle, PA  17015-3121


Travelers
300 Abboretum Place, Suite 100
Richmond, VA  23236


United Collection Bureau
c/o Citicorp Credit Services
5620 Southwyck Blvd, Suite 206
Toledo, OH  43614

United REcovery Systems
(Citibank South Dakota NA)
P.O. Box 722929
Houston, TX   77272-2929


US Bank
c/o Nova Information Systems
7300 Chapman Highway
Knoxville, TN   37920


Van Ru Credit Corp.
(ComEd)
11745 W. Bradley Road
Milwaukee, WI   53224


Waste Management Commercial
2421 W. Peoria Avenue, Suite 210
Phoenix, AZ   85029


Waste Management
RMS 4836 Brecksville Road
P.O. Box 523
Richfield, OH   44286


Waste Management Commercial
2421 W. Peoria
Phoenix, AZ


Watkins Motor Lines
RMS 4836 Brecksville Road
P.O. Box 523
Richfield, OH    44286


World Savings
P.O. Box 659568
San Antonio, TX   78265-9568


Yellow Pages
P.O. Box 60007
Anaheim, CA   92812-6007

```
Yellow Transportation
P.O. Box 73149
Chicago, IL  60673-7149
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:                                          Bankruptcy Case Number: _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: 10/10/07

_____
Debtor

_____
Joint Debtor