Case Name: KARSTENDIEK, STEVEN L.
Case No:    07-72443

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 22, 2008        WILLIAM T. NEARY
                                       United States Trustee, Region 11


                              BY:   *Carole J. Ryczek*
                                       CAROLE J. RYCZEK
                                       Attorney for the U.S. Trustee