IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
KARSTENDIEK, STEVEN L

Debtor(s)

CASE NO. 07-72443 MB

Judge Manuel Barbosa

Social Security/Employer Tax ID Number:

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on: October 29, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 1,889.46 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ 1,598.00 | |

EXHIBIT A

4. The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $ 11,394.60 |
| b. Disbursements | $ 116.07 |
| C. Net Cash Available for Distribution | $ 11,278.53 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $7,791.07, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $280,998.73, resulting in an approximate distribution of 2.77% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 9-10-08

James E. Stevens

EXHIBIT A

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-3 User: cshabez Page 1 of 2 Date Rcvd: Sep 23, 2008
Case: 07-72443 Form ID: pdf002 Total Served: 53

The following entities were served by first class mail on Sep 25, 2008.
db +Steven L Karstendiek, 1712 Edgewood Court, Algonquin, IL 60102-4138
aty +Bruce L Wald, Tishler & Wald Ltd, 200 S Wacker Dr, Suite 3000, Chicago, IL 60606-5815
tr +James E Stevens, Barrick, Switzer, Long, Balsley & Van Ev, 6833 Stalter Drive, Rockford, IL 61108-2579
11672725 +AT&T, P.O. Box 8100, Aurora, IL 60507-8100
11672719 Advanta Bank, P.O. Box 8088, Philadelphia, PA 19101-8088
11672718 Advanta Bank, c/o Federated Financial, P.O. Box 2034, Farmington Hills, MI 48333-2034
11672720 +Alexanian Bros Medical Center, Malcom S. Gerald & Associates, 332 S. Michigan, Suite 600, Chicago, IL 60604-4318
11672721 +American Family Insurance, c/o Credit Collection Services, Two Wells Ave., Dept. AmFam, Newton, MA 02459-3208
11672722 +American Marketing & Publishing, P.O. Box 801, DeKalb, IL 60115-0801
11672723 +American Marketing & Publishing, c/o Transworld Systems, Inc., 25 NW Point Blvd., Suite 750, Elk Grove, Village, IL 60007-1058
11672724 Americollect, Inc., Nicolet Natural Artesian Water, P.O. Box 1566, Manitowoc, WI 54221-1566
11672726 +Car Smart Automotive, Inc., 1077 E. Main Street, East Dundee, IL 60118-2483
11672727 Citibank South Dakota NA, P.O. Box 688907, Des Moines, Iowa 50368-8907
11672728 Citicorp Credit Card Services, Inc., P.O. Box 140516, Toledo, OH 43614-0516
11672729 Comdata, P.O. Box 100647, Atlanta, GA 30384-0647
11672730 +Dan Brenner Accounting & Tax Services, 1840 Shorewood Drive, Hoffman Estates, IL 60192-1025
11672731 Direct Energy, 101 Barnes Road Liberty Plaza, Walingford, CT 06492-4902
11952810 +Federated Financial Corp of America, 30955 Northwestern Highway, Farmington Hills, MI 48334-2580
11672733 First American Bank, P.O. Box 0794, Elk Grove Village, IL 60009-0794
11672734 +GE Consumer Finance, c/o Divine and Service, Ltd., 231 E. Main St., Suite 240, Round Rock, TX 78664-5272
11672735 +Harris Bank Barrington NA, 3800 Golf Road, Suite 300, Rolling Meadows, IL 60008-4005
11672736 +Heritage Bank of Schaumburg, c/o Baker Miller Markoff & Krasny, 29 N. Wacker Drive, Chicago, IL 60606-3221
11672737 +Illinois I Pass, 2700 Ogden Avenue, Downers Grove, IL 60515-1703
11672738 Minolta Business Center, P.O. Box 550599, Jacksonville, FL 32255-0599
11672739 Nicolet Natural Artesian Water, P.O. Box 1566, Manitowoc, WI 54221-1566
11672740 +Nicor Gas, P.O. Box 15618, Department 58, Wilmington, DE 19850-5618
11672741 North Shore Agency, Inc., c/o FedEx, P.O. Box 94515, Palatine, IL 60094-4515
11672742 Patrick & Jennifer Whitman, 2060 Aspen Drive, Algonquin, IL 60102-4287
11672743 +Paychex, 4300 Weaver Parkway, Suite 100, Warrenville, IL 60555-3920
11744376 +Phantom Manufacturing International Limited, c/o Kozacky & Weitzel, P.C., 55 West Monroe Street, Suite 2450, Chicago, IL 60603-5111
11672744 +Phanton Manufacturing Int’l, c/o Kozacky & Weitzel, 55 W. Monroe St., Suite 4250, Chicago, IL 60603-5001
11672745 Phanton Manufacturing Int’l Ltd., 30451 Simpson Road, Abbotsford, B.C. V2T6C7
11672747 +RH Donnelly, c/o Thomas D. Cahse, 574 N. McLean Blvd Suite 2B, Elgin, IL 60123-3259
11672748 +RMS, c/o Yellow Transportation, 4836 Brecksville Road, P.O. Box 491, Richfield, OH 44286-0491
11672746 +Rental Systems, LLC, 1141 E. Main Stret, Suite 100, East Dundee, IL 60118-2440
11672749 +SBC, c/o NCO Financial Systems, Inc., Two Wells Ave., Dept. AmFam, Newton, MA 02459-3208
11672750 +Schock’s Towing Service, Inc., P.O. Box 995, Dundee, IL 60118-0995
11672751 +Torres Credit Services, Inc., 27 Fairview Street, P.O. Box 189, Carlisle, PA 17013-0189
11672752 +Travelers, 300 Abboretum Place, Suite 100, Richmond, VA 23236-3465
11672755 +US Bank, c/o Nova Information Systems, 7300 Chapman Highway, Knoxvillet TN 37920-6612
11672753 +United Collection Bureau, c/o Citicorp Credit Services, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501
11672754 United REcovery Systems, Citibank South Dakota NA, P.O. Box 722929, Houston, TX 77272-2929
11672756 +Van Ru Credit Corp., ComEd, 11745 W. Bradley Road, Milwaukee, WI 53224-2531
11847937 ++WORLD SAVINGS BANK FSB, ATTN BANKRUPTCY DEPARTMENT, 4101 WISEMAN BLVD, SAN ANTONIO TX 78251-4201
(address filed with court: World Savings, P.O. Box 659558, San Antonio, TX 78265-9558)
11672761 ++WORLD SAVINGS BANK FSB, ATTN BANKRUPTCY DEPARTMENT, 4101 WISEMAN BLVD, SAN ANTONIO TX 78251-4201
(address filed with court: World Savings, P.O. Box 659568, San Antonio, TX 78265-9568)
11672757 +Waste Management Commercial, 2421 W. Peoria Avenue, Suite 210, Phoenixt AZ 85029-4770
11672759 +Waste Management Commercial, 2421 W. Peoria, Phoenix, AZ 85029-4944
11672758 +Waste Management RMS, 4836 Brecksville Road, P.O. Box 523, Richfield, OH 44286-0523
11672760 +Watkins Motor Lines RMS, 4836 Brecksville Road, P.O. Box 523, Richfield, OH 44286-0523
11672762 Yellow Pages, P.O. Box 60007, Anaheim, CA 92812-6007
11672763 +Yellow Transportation, P.O. Box 73149, Chicago, IL 60673-0001

The following entities were served by electronic transmission on Sep 24, 2008.
11672732 E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2008 07:17:33 Exxon Mobil Fleet, P.O. Box 530988, Atlanta, GA 30353-0988
11894610 E-mail/Text: resurgentbknotifications@resurgent.com LVNV Funding LLC its successors and assigns as, assignee of Citibank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
TOTAL: 2

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty* +James E Stevens, Barrick, Switzer, Long, Balsley & Van Ev, 6833 Stalter Drive, Rockford, IL 61108-2579
aty* +James E Stevens, Barrick, Switzer, Long, Balsley & Van Ev, 6833 Stalter Drive, Rockford, Il 61108-2579
TOTALS: 0, * 2

District/off: 0752-3 User: cshabez Page 2 of 2 Date Rcvd: Sep 23, 2008
Case: 07-72443 Form ID: pdf002 Total Served: 53

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2008** **Signature:** Joseph Speetjens