UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| STEVEN L. KARSTENDIEK, | ) | Case No. 07-72443 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### RUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: 1-5-09

WILLIAM T. NEARY,
United States Trustee

By: _Christine K. Miller_
CHRISTINE K. MILLER, Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2008 through November 28, 2008
Primary Account. **000312096996165**

### CUSTOMER SERVICE INFORMATION

Service Center:   **1-800-634-5273**

00015937 DBI 802 24 33608 - NNNNN 1 000000000 60 0000
07-72443 KARSTENDIEK STEVEN L
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---:|---:|
| **Checking** | | |
| Bankruptcy Business Checking 000312096996166 | 7,793.65 | 0.00 |
| **Total** | **$7,793.65** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312096996165 | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |
| **TOTAL ASSETS** | **$7,793.65** | **$0.00** |

**All Summary Balances** shown are as of November 28, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**JPMorganChase**



November 01, 2008 through November 28, 2008
Primary Account: **000312096996165**

## BANKRUPTCY BUSINESS MONEY MARKET

07-72443 KARSTENDIEK STEVEN L
DEBTOR

Account Number: 000312096996165

## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Ending Balance | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $15.35 |

This account earns interest daily and the current interest rate is 0.10%.

**JPMorganChase**

November 01, 2008 through November 28, 2008
Primary Account: **000312096996165**



# BANKRUPTCY BUSINESS CHECKING

07-72443 KARSTENDIEK STEVEN L
DEBTOR

Account Number: 000312096996166

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $7,793.65 |
| Checks Paid | 4 | - 7,793.65 |
| Ending Balance | 4 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 103 | 11/03 | $7,604.11 |
| 104 | 11/13 | 6.80 |
| 105 | 11/05 | 152.83 |
| 106 | 11/04 | 29.91 |
| **Total Checks Paid** |  | **$7,793.65** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/03 | $189.54 |
| 11/04 | 159.63 |
| 11/05 | 6.80 |
| 11/13 | 0.00 |

**JPMorganChase**

May 31, 2008 through June 30, 2008
Account Number: **000312096996165**

ACCOUNT # 000312096996165
KARSTENDIEK STEVEN L
07-72443

**IMAGES**



004780920744 JUN 10 #0000001001 $11.29



004780920744 JUN 10 #0000001001 $11.29



JPMorganChase

October 01, 2008 through October 31, 2008
Primary Account: **000312096996165**

ACCOUNT # 000312096996166
KARSTENDIEK STEVEN L
07-72443

# IMAGES

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 101
Case 07-72443 MB KARSTENDIEK, STEVEN L
312096996166
Debtor 74856, 000
Dividend paid 100.00% on $1,598.00, Attorney for Trustee Fees (Trustee Firm)
Reference
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108
Date 10/30/2008 $ *******1,598.00
---One Thousand Five Hundred Ninety-Eight Dollars and 00/100
Pay to the Order of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE
ROCKFORD IL 61108
JAMES E. STEVENS
⑈00000101⑈ ⑆0210000 21⑆312096996166⑈

005780203912 OCT 31 #0000000101 $1,598.00

X PAY TO THE ORDER OF
ALPINE BANK 071923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA
ATTORNEYS AT LAW
70045935

10000052-10-30-2008>071923307<

005780203912 OCT 31 #0000000101 $1,598.00

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 102
Case 07-72443 MB KARSTENDIEK, STEVEN L
312096996166
Debtor 74856, 001
Dividend paid 100.00% on $1,889.46, Trustee Compensation, Reference
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108
Date 10/30/2008 $ *******1,889.46
---One Thousand Eight Hundred Eighty-Nine Dollars and 46/100
Pay to the Order of JAMES E. STEVENS
6833 Stalter Drive
Rockford IL 61108
JAMES E. STEVENS
⑈00000102⑈ ⑆0210000 21⑆312096996166⑈

005780203911 OCT 31 #0000000102 $1,889.46

X PAY TO THE ORDER OF
ALPINE BANK 071923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA
ATTORNEYS AT LAW
70045935

10000051-10-30-2008>071923307<

005780203911 OCT 31 #0000000102 $1,889.46

30831130020010011209

# JPMorganChase

IMAGES

ACCOUNT # 000312096996166
KARSTENDIEK STEVEN L
07-72443

November 01, 2008 through November 28, 2008
Primary Account: 000312096996165

[Check images: JPMorgan Chase Bank check #103 dated 10/22/2008 for $7,604.11 payable to Plastics Manufacturing International Limited c/o Kratsky & Wetzel PC, 55 West Monroe Street, Ste 2450, Chicago IL 60603, signed by James J Stevens, memo "Seven Thousand Six Hundred Four Dollars and 11/100"]

[Check image: JPMorgan Chase Bank check #104 dated 10/20/2008 for $6.80 payable to Dan Brenner Accounting & Tax Services, 1840 Shorewood Drive, Hoffman Estates IL 60195, signed by James E. Stevens, memo "Six Dollars and 80/100"]



**JPMorganChase**

November 01, 2008 through November 28, 2008

Primary Account: **000312096996165**

ACCOUNT # 000312096996166
KARSTENDIEK STEVEN L
07-72443




007680399004 NOV 05 #0000000105 $152.83



007680399004 NOV 05 #0000000105 $152.83



003180711172 NOV 04 #0000000106 $29.91



003180711172 NOV 04 #0000000106 $29.91

Page 5 of 5